**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    In re Greg Abbott, in his Official Capacity as Governor of The State of Texas

Appellate case number:    01-21-00440-CV

Trial court case number:    21-DCV-286148

Trial court:    434th District Court of Fort Bend County

On August 13, 2021, Relator Greg Abbott, in his official capacity as Governor of the State of Texas, filed a petition for writ of mandamus challenging a temporary restraining order signed by the trial court on August 12, 2021. In conjunction with the mandamus petition, relator filed an emergency motion requesting a temporary stay of the temporary restraining order pending our determination on the petition.

On August 15, 2021, the Texas Supreme Court issued orders granting relator's requests for emergency stays pending the Court's determination of relator's mandamus petitions filed with the Texas Supreme Court challenging similar temporary restraining orders issued in Dallas and Bexar Counties. *See In re Greg Abbott, In His Official Capacity as Governor of The State of Texas*, No. 21-0686 (Dallas County); *In re Greg Abbott, In His Official Capacity as Governor of The State of Texas*, No. 21-0687 (Bexar County).

In light of the stay orders issued by the Texas Supreme Court, relator's request for a stay in this case is **granted**. The stay does not affect the August 19, 2021 hearing on the temporary injunction. The mandamus petition remains pending.

Judge's signature: ___/s/ Sarah B. Landau_____
                               Acting Individually

Date: ___August 16, 2021___